**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **HUGO SOLIS, on behalf of himself and other persons similarly situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**GSF USA, INC.,** )<br>)<br>**Defendant.** ) | **Case No.:** |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GSF USA, Inc., by the through its attorneys Jody Kahn Mason and Quinn P. Donnelly of Jackson Lewis P.C., states that its parent GSF SAS, owns 5% or more of GSF USA, Inc. GSF USA, Inc. has no other affiliates as defined by LR 3.2.

Dated: March 2, 2022                                                            Respectfully submitted,

                                                                                                GSF USA, INC.


                                                                                                By:   */s/ Jody Kahn Mason*
                                                                                                        One of its Attorneys

Jody Kahn Mason
Quinn P. Donnelly
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Fax: 312.787.4995
jody.mason@jacksonlewis.com
quinn.donnelly@jacksonlewis.com

1

## *CERTIFICATE OF SERVICE*

The undersigned, an attorney, hereby certifies that on March 2, 2022, she caused a copy of the foregoing **Corporate Disclosure Statement and Notification as to Affiliates** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys and parties of record registered with the Court's ECF/CM system.

By: */s/ Jody Kahn Mason*