# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Hugo Solis

                Plaintiff,

v.

                                    Case No.: 1:22–cv–01096
                                    Honorable Charles P. Kocoras

GSF USA, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant's motion to stay proceedings [11] is granted and briefed as follows: Response is due by 4/15/2022; Reply is due by 4/22/2022. Court will rule by mail. Telephonic status hearing set for 4/14/2021 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.