**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HUGO SOLIS, *et al.*, individually and on behalf of similarly situated individuals, | |
| Plaintiffs, | Case No.: 1:22-cv-01096 |
| v. | |
| GSF USA, INC., | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed without prejudice. Each party is to bear their own costs and attorneys' fees.

Dated: July 26, 2023

By: */s/ William H. Beaumont*
Attorney for Plaintiffs

William H. Beaumont (#6323256)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
whb@beaumontcostales.com

*/s/ Jody Kahn Mason*
Attorney for Defendant

Jody Kahn Mason
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Tel: (312) 803-2535
Jody.Mason@jacksonlewis.com